538

POULTRY HAULERS, INC., Appellant,

v.

PILLSBURY COMPANY, Inc., Appellee.

No. 22333.

United States Court of Appeals
Fifth Circuit.

Nov. 12, 1965.

R. B. Jones, Birmingham, Ala., for appellant.

L. Drew Redden, Birmingham, Ala., Rogers, Howard, Redden & Mills, Birmingham, Ala., for appellee.

Before TUTTLE, Chief Judge, and RIVES and GEWIN, Circuit Judges.

PER CURIAM.

We agree with the opinion and judgment of the district court. 247 F.Supp. 556. The judgment is therefore affirmed.

In the Matter of Joseph CICHANOWICZ, Bankrupt.

No. 159, Docket 29892.

United States Court of Appeals
Second Circuit.

Argued Nov. 10, 1965.

Decided Nov. 10, 1965.

Michael F. Friedman, Brooklyn, N. Y., for appellant.

Albert Sacklow, Mineola, N. Y., and Leonard Schwartz, Brooklyn, N. Y., for trustee-appellee.

Before LUMBARD, Chief Judge, and FRIENDLY and SMITH, Circuit Judges.

PER CURIAM.

We affirm in open court the order of the district court, which adopted and confirmed the action of the bankruptcy referee in voiding as a preferential transfer a mortgage executed by the bankrupt to the petitioner-appellant, for the reasons stated by Judge Bartels in his opinion dated May 11, 1965, reported at 247 F.Supp. 975.

William Edward CLARK, Appellant,

v.

UNITED STATES of Amerca,
Appellee.

No. 20144.

United States Court of Appeals
Ninth Circuit.

Nov. 22, 1965.

Rehearing Denied Dec. 27, 1965.

Howard C. Foreman, Billings, Mont., for appellant.

Moody Brickett, U. S. Atty., Clifford E. Schleusner, Asst. U. S. Atty., Billings, Mont., for appellee.

Before CHAMBERS, POPE and DUNIWAY, Circuit Judges.

PER CURIAM.

The judgment of conviction is affirmed upon the basis of the opinion of the district court filed December 30, 1964, United States v. Clark, 247 F.Supp. 958, William J. Jameson, Judge.